797 A.2d 894

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Tony W. PENN, Respondent.

No. 606 Disciplinary Docket No. 3, 126 DB 2000.

Supreme Court of Pennsylvania.

May 20, 2002.

## ORDER

PER CURIAM:

AND NOW, this 20th day of May, 2002, there having been filed with this Court by Tony W. Penn his verified Statement of Resignation dated April 15, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Tony W. Penn be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to October 22, 2000; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.